## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAMARA,** | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 26-212** |
| **PHILADELPHIA FEDERAL** | : | |
| **DETENTION CENTER et al,** | : | |
| Respondents. | : | |

### ORDER

**AND NOW,** this 15th day of June, 2026, the Clerk of Courts is **DIRECTED** to mark this case closed.

BY THE COURT:

_____

Hon. Mia R. Perez